IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CUA, MELISSA CUA,<br>Plaintiffs,<br><br>v.<br><br>MERS, COUNTRYWIDE HOME LOANS, et al.,<br><br>Defendants. | No. 09-1605-SBA<br><br>**ORDER** |

The Court, having on this date issued an Order directing supplemental briefing on the issue of subject matter jurisdiction, HEREBY VACATES the hearing on the Defendants' Motion to Dismiss, currently set for Tuesday, June 9, 2009, at 1:00 p.m. The parties are instructed they need not appear for oral argument on that day. If, after the supplemental briefing is completed on June 12, 2009, the Court has questions for the parties, hearing date will be rescheduled.

IT IS SO ORDERED.

Dated: 6/5/09

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Judge